DELL PUBLISHING COMPANY, INC., Respondent, v. NED L. PINES et al., Doing Business under the Name of NEDOR PUBLISHING COMPANY, Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint. Settle order on notice.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against TOFFENETTI RESTAURANT COMPANY, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [180 Misc. 326.]

In the Matter of the Accounting of HENRY V. D. BLACK et al., as Executors of JOHN V. BLACK, Deceased, Respondents. WILLIAM H. HALL et al., as Trustees under the Will of WILLIAM H. HALL, Deceased, Appellants; BANKERS TRUST COMPANY, as Trustee under the Will of JOHN V. BLACK, Deceased, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ. [178 Misc. 71.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM LEVIN et al., Defendants, and ARTHUR KASSIN, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Probate of the Will of EMMA B. JOHNSON, Deceased. NORMA D. OWEN et al., Appellants; NORMAN W. ROE et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JEAN F. EISENBERG et al., Appellants, v. CHARLOTTA F. PALMER et al., as Executrices of ELIZABETH FISCHER, Deceased, Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.